## HOLLOWAY et al. v. DAVIS et al.
### No. 34455.

Supreme Court of Oklahoma.
Sept. 15, 1953.

R. E. Stephenson, Sapulpa, for plaintiffs in error.

E. C. McMichael, Sapulpa, for defendants in error.

PER CURIAM.

This appeal was filed before the decision in the case of Stephenson v. Bonney (Mobley v. Stephenson), 202 Okl. 549, 216 P.2d 315, and the points involved in this appeal are identical with the points raised in that case. The opinion promulgated in that case is applicable to this appeal and the opinion in that case is hereby adopted as the opinion in this appeal.

The judgment of the trial court is affirmed.

HALLEY, C. J., and WELCH, CORN, DAVISON, O'NEAL, and WILLIAMS, JJ., concur.

ARNOLD, J., concurs in conclusion.

BLACKBIRD, J., dissents.

This Court acknowledges the services of Attorneys John T. Gibson, Harvey E. Allen and John H. Poe, who as special masters aided in the preparation of this opinion. These attorneys were recommended by the Oklahoma Bar Association, approved by the Judicial Council, and appointed by the Court.